# United States Court of Appeals
# for the Federal Circuit

---

February 23, 2026

**ERRATA**

---

Appeal No. 2024-1078

**DUKE UNIVERSITY, ALLERGAN SALES, LLC,**
*Plaintiffs-Appellees*

**v.**

**SANDOZ INC.,**
*Defendant-Appellant*

---

Decided: November 18, 2025
Precedential Opinion

---

Please make the following changes:

On page 8 lines 11-12, change "4,230, which was Allergan's expert's view, or 1,620, as Sandoz's expert opined" to "4,230, which was Sandoz's expert's view, or 1,620, as Allergan's expert opined"

On page 16 footnote 4, change both instances of "—C=C—" to "—C≡C—"